# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY BURNS,** | : | **CIVIL ACTION NO. 1:04-CV-2793** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JOHN E. POTTER, Postmaster General, U.S. Postal Service** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of October, 2005, upon consideration of plaintiff's correspondence to the court requesting an enlargement of time to file a brief in opposition to defendant's motion for summary judgment (Doc. 12) and indicating that plaintiff has terminated the services of his attorney, Andrew W. Barbin, and it appearing that plaintiff's correspondence presents good cause for a 45-day extension, see FED. R. CIV. P. 6(b), it is hereby ORDERED that:

1. Plaintiff's correspondence, CONSTRUED as a motion for an enlargement of time, is GRANTED as so construed.

   a. Plaintiff shall file a brief in opposition to the motion for summary judgment (Doc. 12), accompanied by a responsive statement of material facts, on or before December 2, 2005. See L.R. 7.6, 56.1.

   b. The Clerk of Court is directed to docket plaintiff's correspondence as a motion for an enlargement of time.

2. The Clerk of Court is directed to remove counsel for plaintiff, Attorney Andrew W. Barbin, from the docket in the above-captioned case and to designate Terry Burns as a *pro se* plaintiff.

3. The Clerk of Court is directed to send a copy of this order and the docket via regular mail to Terry Burns at 51 Ringneck Drive, Harrisburg, Pennsylvania, 17112.

4. Plaintiff is directed to submit all future correspondence to the Clerk of Court at U.S. Courthouse, 228 Walnut Street, 10th Floor, Harrisburg, Pennsylvania, 17101.

5. The pretrial conference, jury selection, and trial dates are postponed pending disposition of defendant's motion for summary judgment.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge