TAM:MJB

FILED
HARRISBURG
JUN 21 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY BURNS,** | : | CIVIL NO. 1:CV-04-2793 |
| **Plaintiff,** | : | |
| v. | : | (Conner, J.) |
| **JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE** | : | |
| **Defendants.** | : | Filed Electronically |

## ORDER

AND NOW this 21ST day of June, 2006, upon consideration of Defendant John E. Potter's Motion to Amend Defendant's Statement of Material Facts in Support of Motion for Summary Judgment, IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the record be clear, paragraph 27 of the Defendant's Statement of Material Facts be amended to state as follows:

27. Groups A and B consisted of the following:

| Group A | Group B |
|---|---|
| Lan Walters (male, age 31) | Rob Wicks (male, age 40) |
| Michael Battle (male, age 37) | Frank Thompason (male, age 32) |
| George Daugherty (male, age 46) | Rodney Rowe (male, age 32) |
| Daron Depto (male, age 33) | David Thomas (male, age 48) |
| Patrick King (male, age 49) | John Smith (male, age 36) |
| Terry Burns (male, age 53) | Joan Chatmon (female, age 35) |
| | Jayme Garner (female, age 25) |

_____
United States District Judge